# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MICHAEL DANCY                                                                                           PLAINTIFF
ADC # 152056

v.                                          NO. 1:12CV00099 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction, *et al.*                                                             DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The ADC defendants' motion for summary judgment is GRANTED. Document #36. Dancy's claims against defendants Hobbs, Maples, and Kelley are DISMISSED, with prejudice.

IT IS SO ORDERED this 23rd day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE